**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT MARTINSBURG**

**JOEL B. SCHOONOVER,**

      **Petitioner,**

**v.**                            **CIVIL ACTION NO.  3:05CV95**
                                             **(BROADWATER)**

**DAVID H. WILMOTH,**

      **Respondent.**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On this day  the above styled case came before the Court for consideration of the Report and

Recommendation of Magistrate Judge John S. Kaull, dated October 4, 2005.  Neither party filed any

objections to the Report.  After reviewing the above, the Court is of the opinion that the Magistrate

Judge's Report and Recommendation **(Docket #8)** should be and is hereby **ORDERED** adopted.

The Court further **ORDERS** that the petition of the petitioner **(Docket # 1)** be **DENIED and**

**DISMISSED WITH PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report

and Recommendation.  It is further **ORDERED** that this action be and is hereby **STRICKEN** from

the active docket of this Court.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of

record herein.

**DATED**  this 23rd  day of February 2006.


                                                  **W. CRAIG BROADWATER**
                                                  **UNITED STATES DISTRICT JUDGE**